IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ _____ D.C.

05 NOV 28  AM 6: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| Plaintiff, | * | |
| | * | CR. No. 04-20464-D |
| v. | * | |
| TRIDEANA CONNER, | * | |
| Defendant. | * | |

**ORDER**

Upon Motion of the United States, and for good cause shown, the Indictment pending against Trideana Conner is hereby dismissed.

Entered on this _28th_ day of November, 2005.

HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT COURT JUDGE

Approved:

TIMOTHY R. DiSCENZA
Assistant United States Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 116 in case 2:04-CR-20464 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Bernice Donald
US DISTRICT COURT